UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

     -against-

ACC/ASPCA, ET AL.,

                Defendants.

24 **CIVIL** 2825 (LTS

**CIVIL JUDGMENT**

    For the reasons stated in the Order of Dismissal, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2024
         New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                             Chief United States District Judge